George (Tiny) PEREZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 28724.

Court of Criminal Appeals of Texas.

Jan. 23, 1957.

Walter TIROFF, Appellant,

v.

The STATE of Texas, Appellee.

No. 28615.

Court of Criminal Appeals of Texas.

Nov. 21, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful sale of beer in a dry area; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Byron Matthews, Ronald Aultman, Randell C. Riley, Ft. Worth, for appellant.

Howard M. Fender, Criminal Dist. Atty., Conrad Florence and Hugh F. King, Asst. Criminal Dist. Attys., Ft. Worth, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is rape; the punishment, 10 years.

This opinion will be lengthy because it must cover two statements of fact of equal length, one on the original trial and the other on the motion for new trial. The sole question presented for review is the